United States Courts
Southern District of Texas
FILED

AUG - 1 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| Petitioner | § | |
| vs. | § | CRIMINAL NO.: 17-1276-1 |
| | § | |
| Walter Freeman JORDAN III | § | |
| a/k/a "Wacko" | § | |
| | § | |
| Respondent | | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Abe Martinez, Acting United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court **Walter Freeman JORDAN III also known as "Wacko"**, DOB: 6/12/87, now duly committed to the custody of the Sherriff, Fort Bend County Jail, 1410 Williams Way Blvd. Richmond, TX 77469, is a defendant in the above-captioned case which will be called for the purpose of Initial appearance and any other necessary appearances in the United States District Court for the Southern District of Texas, Houston Division, on the 4th day of August, 2017, at 10:00 A.M., in Houston, Texas.

Petitioner further represents that the Sherriff, Fort Bend County Jail, 1410 Williams Way Blvd. Richmond, TX 77469, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of Sherriff, Fort Bend County Jail, 1410 Williams Way Blvd. Richmond, TX 77469, where he now stands duly

1

committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the _____ day of _____, 2017, so that he may be present in this cause at that time.

Respectfully submitted,

ABE MARTINEZ
Acting United States Attorney

By: _____
RICHARD D. HANES
Assistant United States Attorney