United States District Court
Southern District of Texas
**ENTERED**
August 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § |
| v. | CRIMINAL NO: |
| Walter Freeman JORDAN III a/k/a "Wacko," | 17 CR 516 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A <u>CRIMINAL INDICTMENT</u> has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

Walter Freeman JORDAN III

■ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _____ 8-24 , 20 17 .

_____
UNITED STATES MAGISTRATE JUDGE