United States District Court
Southern District of Texas
**ENTERED**
September 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § |
| v. | |
| Walter Freeman JORDAN III a/k/a "Wacko" | |

CRIMINAL NO:

**17 CR 5 1 6**

## ORDER FOR ISSUANCE OF NOTICE

A <u>CRIMINAL INDICTMENT</u> has been filed against the defendant who is

☐ Released on Condition    ☑ Detained    ☐ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant  9/25/17

at  10:00 AM.

SIGNED at Houston, Texas, on  September 13, 20 17.

_(signature)_
UNITED STATES MAGISTRATE JUDGE